1  Robert S. Remar (SBN 100124)
Jacob F. Rukeyser (SBN 233781)
2  LEONARD CARDER, LLP
3  1188 Franklin Street, Suite 201
San Francisco, CA 94109
4  Tel.:  415-771-6400
Fax:  415-771-7010
5  rremar@leonardcarder.com
6  jrukeyser@leonardcarder.com

7  *Attorneys for Plaintiff*, INTERNATIONAL
LONGSHORE & WAREHOUSE UNION
8

9

**FILED**

SEP 2 2 2010

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12

13  INTERNATIONAL LONGSHORE AND        )  Case No. C-10-01885 CRB
WAREHOUSE UNION                    )
14                                     )
                                      )  **JOINT STIPULATION OF**
15          Plaintiff,                 )  **DISMISSAL WITHOUT**
                                      )  **PREJUDICE; [PROPOSED]**
16  v.                                 )  **ORDER**
                                      )
17  PACIFIC MARITIME ASSOCIATION,      )
                                      )
18                                     )
           Defendant.                 )
19                                     )
20

21

22

23

24

25

26

27

28

1

STIPULATION OF DISMISSAL                                Case No. 10-CV-1885-CRB

LEONARD CARDER, LLP
ATTORNEYS
1188 FRANKLIN STREET, SUITE 201
SAN FRANCISCO, CALIFORNIA 94109
TEL: (415) 771-6400  FAX: (415) 771-7010

1       IT IS HEREBY STIPULATED by and between the parties to this action, Plaintiff

2 International Longshore and Warehouse Union ("ILWU") and Defendant Pacific Maritime

3 Association ("PMA"), through their undersigned designated counsel, that the above-captioned

4 action be and hereby is dismissed without prejudice, pursuant to Federal Rule of Civil Procedure

5 41(a)(1).

6     **IT IS SO STIPULATED AND AGREED:**

7

8 Dated: September 21, 2010           LEONARD CARDER, LLP

9                       By:    s/ Jacob F. Rukeyser

10                           Jacob F. Rukeyser
                          Attorneys for Plaintiff,

11                           INTERNATIONAL LONGSHORE &
                          WAREHOUSE UNION

12

13 Dated: September 21, 2010           MORGAN, LEWIS & BOCKIUS, LLP

14                       By:    s/ Eric Meckley

15                           Eric Meckley
                          Attorneys for Defendant,

16                           PACIFIC MARITIME ASSOCIATION

17 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

18

19 Dated: Sept . 22, 2010

20

21                       THE HONORABLE CHARLES R. BREYER

22                       DISTRICT COURT JUDGE

23

24

25

26

27

28

2

STIPULATION OF DISMISSAL                           Case No. 10-CV-1885-CRB

LEONARD CARDER, LLP
ATTORNEYS
1188 FRANKLIN STREET, SUITE 201
SAN FRANCISCO, CALIFORNIA 94109
TEL: (415) 771-6400 FAX: (415) 771-7010